PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: LEON, Edison

Cr.: 10-00723-001
PACTS #: 53954

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, Sr. U.S.D.J.

Date of Original Sentence: 09/19/2012

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute 500 Grams or More of Cocaine

Original Sentence: Time served; 3 years supervised release; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; 2) cooperate with Immigration and Customs Enforcement; and 3) mental health treatment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/19/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Leon has failed to comply with the special condition requiring him to refrain from the use of controlled substances by providing urine specimens which tested positive for marijuana on the following dates: November 5, 2012 and November 20, 2012. |

U.S. Probation Officer Action: Probation will present this document to Leon. The act detailed within may be included in a violation report if Probation deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 02/01/2013

THE COURT ORDERS:

[X] Probation will present this document to the offender as a formal written reprimand issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.

Signature of Judicial Officer

2/5/13
Date