PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: LEON, Edison         Cr.: 10-00723-001
                                        PACTS #: 53954

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, Sr. U.S.D.J.

Date of Original Sentence: 09/19/2012

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute 500 Grams or More of Cocaine

Original Sentence: Time served; 3 years supervised release

Special Conditions: $100 special assessment; drug and alcohol testing/treatment; cooperate with Immigration and Customs Enforcement; and mental health treatment

Type of Supervision: Supervised Release         Date Supervision Commenced: 09/19/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Leon failed to comply with the special condition requiring him to refrain from the use of controlled substances. Specifically, he tested positive for the presence of marijuana on multiple occasions between March 25, 1014 and May 27, 2014. |

U.S. Probation Officer Action: Probation will present this document to Leon. The acts detailed within may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Respectfully submitted,

By: Joseph Empirio, Sr. U.S.P.O.

*Joseph Empirio*   Joseph Empirio
                   2015.02.20 13:23:17
                   -05'00'

Date: 02/20/2015

Prob 12A – page 2
LEON, Edison
02/20/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(probation recommended)*

☐ Submit a Request for Modifying the Conditions of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/24/15
_____
Date